UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN B. COLLINS,<br><br>          Plaintiff,<br><br>     v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>          Defendants.<br>_____ / | CASE NO. 1:03-CV-6258-REC-SMS-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>(Docs. 49 and 57) |

Plaintiff Steven B. Collins ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 2000cc-1 (Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA)). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 30, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed an objection on February 15, 2006.

The Magistrate Judge recommended Defendants' motion for summary judgment be denied, but Defendants be granted leave to file another motion addressing the merits of Plaintiff's RLUIPA claim and the applicability of the favorable termination rule to Plaintiff's claim for declaratory relief and expungement of the disciplinary violations. It is the recommendation that Defendants be granted leave to file another motion that Plaintiff objects to.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Plaintiff's objection is noted. However, the Court deems it in the interest of justice to allow Defendants one final opportunity to address the claims identified by the Magistrate Judge, particularly in light of the fact that the Ninth Circuit's decision in <u>Warsoldier v. Woodford</u>, 418 F.3d 989 (9th Cir. 2005) was issued after Defendants' motion was filed. This matter shall be referred back to the Magistrate Judge to address Defendants' recently filed motion to dismiss as moot in light of the emergency modification to the grooming regulations, and for the issuance of a further scheduling order if necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 30, 2006, is adopted in full;

2. Defendants' motion for summary judgment, filed May 19, 2005, is DENIED as follows:

    a. Defendants' motion for summary adjudication on the ground that RLUIPA is unconstitutional is DENIED;

    b. Defendants' motion for summary adjudication on Plaintiff's claim that the grooming policy violates RLUIPA is DENIED; and,

    c. Defendants' motion for summary adjudication on the ground that the favorable termination rule bars Plaintiff's claim is DENIED; and

3. This matter is referred back to the Magistrate Judge for further proceedings consistent with this Order.

IT IS SO ORDERED.

Dated: **March 7, 2006**              /s/ Robert E. Coyle
668554                                UNITED STATES DISTRICT JUDGE