# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN B. COLLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-6258-REC-SMS-P<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WITHIN FORTY-FIVE DAYS WHETHER OR NOT THEY BELIEVE A SETTLEMENT CONFERENCE MIGHT BE BENEFICIAL |

　　　The parties are directed to notify the court within **forty-five (45) days** from the date of service of this order whether or not they believe a settlement conference in this action might be beneficial.

IT IS SO ORDERED.

**Dated:　May 5, 2006**　　　　　　　　　　　　　/s/ Sandra M. Snyder
icido3　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1