UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN B. COLLINS,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD S. ALAMEIDA, JR.,<br>et al.,<br><br>    Defendants.<br>_____/ | 1:03-cv-06258-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 67)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE** (Doc. 56) |

   Plaintiff Steven B. Collins ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On May 8, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C. §
2 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de
3 novo</u> review of this case.  Having carefully reviewed the entire
4 file, the Court finds the Findings and Recommendations to be
5 supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed May 8, 2006, is
8         ADOPTED IN FULL;
9    2.   Defendants' motion to dismiss, filed January 27, 2006,
10        is GRANTED in part and DENIED in part as follows:
11        a.   Defendants' motion to dismiss plaintiff's claim
12             for an injunction prohibiting defendants from
13             enforcing the grooming standards by punishing or
14             threatening to punish plaintiff is GRANTED on the
15             ground that the claim is MOOT in light of the
16             emergency modification to the grooming regulation;
17             and,
18        b.   Defendants' motion to dismiss plaintiff's claim
19             for declaratory relief and an injunction mandating
20             the expungement from plaintiff's central file of
21             all the disciplinary reports relating to non-
22             compliance with the grooming is DENIED on the
23             ground that the claims are not rendered moot by
24             the emergency modification to the grooming
25             regulation; and
26 ///
27 ///
28 ///

2. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   July 6, 2006**             /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE