# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN B. COLLINS,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>        Defendants. | CASE NO. 1:03-cv-06258-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, AS MOOT<br><br>(Doc. 75) |

Plaintiff Steven B. Collins ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 2000cc-1 (Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA)). This action is proceeding on plaintiff's complaint filed August 25, 2003, against defendants Edward S. Alameida, Jr. and Scott P. Rawers ("defendants"). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 4, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed an Objection on December 6, 2006.[1] Defendants did not file a response.

///

///

---

[1] Plaintiff's Objection filed on December 7, 2006, is duplicative of the December 6 Objection.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this
2  Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the
3  Court finds the Findings and Recommendations to be supported by the record and by proper analysis.
4    Accordingly, IT IS HEREBY ORDERED that:
5    1.  The Findings and Recommendations, filed October 4, 2006, is adopted in full; and
6    2.  This action be dismissed, without prejudice, as moot.

8  IT IS SO ORDERED.
9  **Dated:    March 2, 2007**              /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES DISTRICT JUDGE